# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 23-1361          **Short Title:** PILF v. Bellows

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>United States</u>                                                                    as the

[ ] appellant(s)                [ ] appellee(s)                [✔] amicus curiae

[ ] petitioner(s)              [ ] respondent(s)              [ ] intervenor(s)

s/ Noah B. Bokat-Lindell
Signature

7/25/23
Date

Noah B. Bokat-Lindell
Name

Department of Justice, Civil Rights Division
Firm Name (if applicable)

(202) 598-0243
Telephone Number

Ben Franklin Station, P.O. Box 14403
Address

(202) 514-8490
Fax Number

Washington, D.C., 20044
City, State, Zip Code

Noah.Bokat-Lindell@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1201461

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No.

===================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).