# CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1, *amicus curiae* Judicial Watch, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.