# United States Court of Appeals
# For the First Circuit

# BILL OF COSTS FORM

Please see 1st Cir. R. 39.0 for instructions before completing this form. A request for costs must be filed within 14 days of judgment. Fed. R. App. P. 39(d)(1). Any opposition must be filed within 14 days after service of the request. Fed. R. App. P. 39(d)(2). A schedule of Maximum Rates for Taxation of Costs is posted on the court's website at www.ca1.uscourts.gov and is available by request to the clerk's office. See 1st Cir. R. 39.0. A copy of a vendor's bill showing actual costs incurred must be attached, if applicable. If the briefs were produced in-house, a statement from counsel must be attached specifying the actual cost for reproduction, binding and covers. Costs are taxed at the maximum rates set by the clerk or at the actual cost, whichever is lower. 1st Cir. R. 39.0(a). The maximum number of copies for which costs may be recovered is set forth in 1st Cir. R. 39.0(b).

Case No.: 23-1361　　　　Title: Public Interest Legal Foundation v. Bellows

Filed on behalf of: Appellee Public Interest Legal Foundation

The Clerk is requested to tax the following costs against: Appellant Shenna Bellows

IF SEEKING COSTS FOR OR AGAINST THE UNITED STATES, pursuant to Fed. R. App. P. 39(b), please specify statutory or other authority: ____

| COSTS TAXABLE UNDER FED. R. APP. P. 39 and 1st CIR. R. 39.0 | AMOUNT REQUESTED | | | | | | For internal use only |
|---|---|---|---|---|---|---|---|
| | NO. OF COPIES | PAGES PER COPY | COST PER PAGE | COST PER BINDING | COST PER COVER | TOTAL COST | |
| DOCKETING FEE $500.00* | | | | | | | |
| BRIEF | 11 | 76 | 0.10 | 3.50 | 0.20 | 124.30 | |
| REPLY BRIEF | | | | | | 0.00 | |
| APPENDIX | | | | | | 0.00 | |
| TOTAL AMOUNT REQUESTED: | | | | | | **$124.30** | |

I, Noel H. Johnson, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action. A certificate of service is attached pursuant to Fed. R. App. P. 25(d).

Signed: /s/ Noel H. Johnson　　　　Dated: 2/9/2024

---

*If the notice of appeal or petition was filed before December 1, 2013, the docketing fee is $450. If it was filed on or after that date, the docketing fee is $500.*

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019

Phone: (800) 427-7325

Invoice Number: 0009151016
Date: 08/02/2023
Fed. Tax ID: 47-3380949
Terms: ON RECEIPT

**Sold To**

Public Interest Legal Foundation

Indianapolis, IN 46168   USA

Attention: Noel Johnson, Esq.
File No.: 322294
Court: USCOA - 1ST
Case Name: Public Interest Legal Fdn v Bellows

| Qty | Description | | Rate | Amount |
|---|---|---|---|---|
| | APPELLEE'S BRIEF | | | |
| 1.00 | Preparation of Brief | @ | $1,095.00 | $1,095.00 |
| 76.00 | Page(s) | @ | $0.00 | |
| 1.00 | Additional Copies Over 10 | @ | $40.00 | $40.00 |
| 1.00 | Filing of Documents | @ | $80.00 | $80.00 |
| 1.00 | Shipping & Handling | @ | $177.00 | $177.00 |

00-JM
02/09/2024 10:32 AM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---:|
| Subtotal | $1,392.00 |
| Sales Tax | $0.00 |
| | $0.00 |
| Payment/Credit | $1,392.00 |
| Balance | $0.00 |

Page 1 of 1

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2024, I electronically filed the foregoing using the Court's ECF system, which will serve notice on all parties.

                                          /s/ Noel. H Johnson
                                          Noel H. Johnson
                                          njohnson@publicinterestlegal.org